**FERMAN W. SIMS, ESQ.**
(CSB #038696)
519 "H" STREET
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax:(707) 465-4454
Attorney for: RICHARD LEITHER

**JASON K. SINGLETON,** SB#166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Tel: (707) 441-1177
Attorney for Plaintiff: JEFF HOHLBEIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN<br><br>Plaintiff<br><br>vs.<br><br>RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, AND DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 07 4941 SI<br><br>**STIPULATION TO EXTEND TIME FOR FILING AN ANSWER AND JOINT INSPECTION OF PREMISES** |

The parties hereto, through counsel, agree to extend the time for Defendant to Answer the Complaint filed by Plaintiff, to November 30, 2007 and the Joint Inspection of Premises to January 14, 2008. Stipulation is based Ferman W. Sims, Attorney at Law, having prior commitments for medical services in San Diego, California relative to right hip fracture, pre-scheduled out of state family wedding and unable to meet with prospective client to discuss issues in the Complaint and to discuss the retainer agreement prior to trip to San Diego.

IT IS SO STIPULATED.

Dated: November 19, 2007      /s/ Ferman W. Sims
                             FERMAN W. SIMS
                             Attorney for Defendants

Dated: November 19, 2007      /s/ Jason K. Singleton
                             JASON K. SINGLETON
                             Attorney for Plaintiff

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Good cause appearing therefore based upon the Stipulation of the parties through counsel,

IT IS HEREBY ORDERED that the time for filing an Answer to Plaintiff's Complaint is extended to November 30, 2007 and the Joint Inspection of the Premises to January 14, 2008.

Dated:_____   _____
SUSAN ILLSTON
United States District Judge