1  **FERMAN W. SIMS, ESQ.,** SB #038696
519 "H" STREET
2  Crescent City, CA 95531
Telephone: (707) 465-5555
3  Fax:(707) 465-4454
Attorney for: RICHARD LEITHER

4  **JASON K. SINGLETON,** SB#166170
SINGLETON LAW GROUP
5  611 "L" Street, Suite A
Eureka, CA 95501
6  Tel: (707) 441-1177
Attorney for Plaintiff: JEFF HOHLBEIN
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| JEFF HOHLBEIN | CASE NO. 07 4941 SI |
|---|---|
| Plaintiff | |
| vs. | **STIPULATION TO EXTEND TIME FOR HOLDING JOINT INSPECTION OF PREMISES** |
| RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, AND DOES 1-50, inclusive | |
| Defendants. | |

The parties hereto, through counsel, agree to extend the time for the Joint Inspection of Premises to February 8, 2008. This Stipulation is based on Ferman W. Sims, Attorney at Law, having been hospitalized for medical treatment relative to right hip fracture, and is not scheduled to be released until on or after January 18, 2008.

IT IS SO STIPULATED.

Dated: December 17, 2007        /s/ Ferman W. Sims
                                FERMAN W. SIMS
                                Attorney for Defendants

                                SINGLETON LAW GROUP

Dated: December 17, 2007        /s/ Jason K. Singleton
                                JASON K. SINGLETON
                                Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Good cause appearing therefore based upon the Stipulation of the parties through counsel,

IT IS HEREBY ORDERED that the time for the Joint Inspection of the Premises to February 8, 2008.

Dated:_____      _____
SUSAN ILLSTON
United States District Judge