**FERMAN W. SIMS, ESQ.,** SB #038696
519 "H" STREET
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax:(707) 465-4454
Attorney for: RICHARD LEITHER

**JASON K. SINGLETON,** SB#166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Tel: (707) 441-1177
Attorney for Plaintiff: JEFF HOHLBEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN<br><br>Plaintiff<br><br>vs.<br><br>RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, AND DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 07 4941 SI<br><br>**STIPULATION TO EXTEND TIME FOR HOLDING JOINT INSPECTION OF PREMISES** |

The parties hereto, through counsel, agree to extend the time for the Joint Inspection of Premises to February 8, 2008. This Stipulation is based on Ferman W. Sims, Attorney at Law, having been hospitalized for medical treatment relative to right hip fracture, and is not scheduled to be released until on or after January 18, 2008.

IT IS SO STIPULATED.

Dated: December 17, 2007      /s/ Ferman W. Sims
                             FERMAN W. SIMS
                             Attorney for Defendants

                             SINGLETON LAW GROUP

Dated: December 17, 2007      /s/ Jason K. Singleton
                             JASON K. SINGLETON
                             Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Good cause appearing therefore based upon the Stipulation of the parties through counsel,

IT IS HEREBY ORDERED that the time for the Joint Inspection of the Premises to February 8, 2008.

Dated:_____          _____
                                       SUSAN ILLSTON
                                       United States District Judge