1 **FERMAN W. SIMS, ESQ.**
(CSB #038696)
519 "H" STREET
Crescent City, CA 95531
Telephone: (707) 465-5555
Fax:(707) 465-4454
Attorney for: RICHARD LEITHER

**JASON K. SINGLETON, CSB# 166170**
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Tel: (707) 441-1177
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN | CASE NO. 07 4941 SI |
| Plaintiff | |
| vs. | **STIPULATION TO EXTEND TIME** |
| RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, AND DOES 1-50, inclusive | **FOR JOINT INSPECTION OF PREMISES** |
| Defendants. | |

The parties hereto, through counsel, agree to extend the time for Joint Inspection of Premises to March 4, 2008. Stipulation is based upon Jason Singleton, Attorney at Law, being ill and unable to attend joint inspection due to illness.

IT IS SO STIPULATED.

Dated: February 15, 2008        /s/   *FERMAN W. SIMS*
                                FERMAN W. SIMS
                                Attorney for Defendants

Dated: February 19, 2008         /s/ Jason K. Singleton
                                JASON K. SINGLETON
                                Attorney for Plaintiff

-1-

-2-

## ORDER

Good cause appearing therefore based upon the Stipulation of the parties through counsel,

IT IS HEREBY ORDERED that the time for Joint Inspection of the Premises is extended to March 4, 2008

Dated:_____    _____
                                         SUSAN ILLSTON
                                         United States District Judge