1 | **Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
2 | **Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
3 | **SINGLETON LAW GROUP**
611 "L" Street, Suite A
4 | Eureka, CA 95501
5 | (707) 441-1177
FAX 441-1533
6 |
7 | Attorney for Plaintiff, HERBERT S. OLSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| HERBERT S. OLSON, | ) Case No. C-07-4941 SI |
|---|---|
| Plaintiff, | ) NOTICE OF CHANGE OF |
| v. | ) ATTORNEY EMAIL ADDRESS |
| DEL NORTE PAWN SHOP, et al., | ) |
| Defendants. | ) |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

    JASON K. SINGLETON    jason@singletonlawgroup.com

    RICHARD E. GRABOWSKI    rgrabowski@mckinleyville.net

    **SINGLETON LAW GROUP**

Dated:    February 15, 2008        /s/ Jason K. Singleton
    Jason K. Singleton,
    Richard E. Grabowski, Attorneys for
    Plaintiff, **HERBERT S. OLSON**