1  **FERMAN W. SIMS, ESQ.**
   (CSB #038696)
2  519 "H" STREET
   Crescent City, CA 95531
3  Telephone: (707) 465-5555
   Fax:(707) 465-4454
4  Attorney for: RICHARD LEITHER

5  **JASON K. SINGLETON, CSB# 166170**
   SINGLETON LAW GROUP
6  611 "L" Street, Suite A
   Eureka, CA 95501
7  Tel: (707) 441-1177
   Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN | CASE NO. 07 4941 SI |
| Plaintiff | |
| vs. | **STIPULATION TO EXTEND TIME** |
| RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, AND DOES 1-50, inclusive | **FOR JOINT INSPECTION OF PREMISES** |
| Defendants. | |

The parties hereto, through counsel, agree to extend the time for Joint Inspection of Premises to March 4, 2008. Stipulation is based upon Jason Singleton, Attorney at Law, being ill and unable to attend joint inspection due to illness.

IT IS SO STIPULATED.

Dated: February 15, 2008          /s/  FERMAN W. SIMS
                                  FERMAN W. SIMS
                                  Attorney for Defendants

Dated:  February 19, 2008          /s/ Jason K. Singleton
                                   JASON K. SINGLETON
                                   Attorney for Plaintiff

-1-

1
2
3
4                                    ORDER
5     Good cause appearing therefore based upon the Stipulation of the parties through counsel,
6
7     IT IS HEREBY ORDERED that the time for Joint Inspection of the Premises is extended to March 4, 2008
8
9     Dated:_____        _____
                                             SUSAN ILLSTON
10                                           United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28