**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JEFF HOHLBEIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-4941 SI<br><br>**AMENDED NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS** |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

    JASON K. SINGLETON        jason@singletonlawgroup.com
    RICHARD E. GRABOWSKI      rgrabowski@mckinleyville.net

                              **SINGLETON LAW GROUP**

Dated:    February 25, 2008            /s/ Jason K. Singleton
                                Jason K. Singleton,
                                Richard E. Grabowski, Attorneys for
                                Plaintiff, **JEFF HOHLBEIN**

Notice of change of attorney email address        1        C-07-4941 SI