**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JEFF HOHLBEIN

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-4941 SI<br><br>NOTICE OF NEED FOR MEDIATION |

Comes now Plaintiff, who hereby submits this "Notice of Need for Mediation" in compliance with the within Court's Scheduling Order filed in the above captioned matter on September 24, 2007. The parties held a joint site inspection on March 4, 2008, and Plaintiff provided Defendant a report of the violations found on the premises to commence settlement discussions. No discussions are being held and no communication from Defendant has been received.

**SINGLETON LAW GROUP**

Dated:   March 13, 2008      /s/ Jason K. Singleton
                             Jason K. Singleton,
                             Richard E. Grabowski, Attorneys for
                             Plaintiff, **JEFF HOHLBEIN**

NOTICE OF NEED FOR MEDIATION                1                         C-07-4941 SI