# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hohlbein, | 07-04941 SI MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Leither, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Judith A. Mazia**
> Law and Mediation Offices
> 155 Montgomery St. #1004
> San Francisco, CA 94104-4115
> 415-434-1810
> jmazia@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04941 SI MED                               - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

———————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04941 SI MED                               - 2 -