**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

**Attorney for Plaintiff, JEFF HOHLBEIN**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-07-4941 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and (PROPOSED) ORDER** |

Plaintiff **JEFF HOHLBEIN** and Defendants **RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 12, 2008        /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**

**LAW OFFICES OF FERMAN W. SIMS**

Dated: May 12, 2008        /s/ Ferman W. Sims
FERMAN W. SIMS, Attorney for Defendants
**RICHARD LEITHER, CAROL ADEL BAKER-LEITHER, dba DEL NORTE PAWN & JEWELRY**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN vs LEITHER, et al.</u>, Case Number CV-07-4941 SI, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: _____        _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE